**FILED**

APR 1 6 2013

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 13 CR 216 | **JUDGE LEE** |
| | ) | | |
| vs. | ) | Violations: Title 18, United States Code, | |
| | ) | Sections 1591(a)(1), (a)(2), (b)(2), and | |
| CAMERON HULL, | ) | 2423(a) | |
| also known as "Killa," and "Cam" | ) | | |

**COUNT ONE**

MAGISTRATE JUDGE KEYS

The SPECIAL AUGUST 2012 GRAND JURY charges:

In or about November 2011, in the Northern District of Illinois, Eastern Division, and elsewhere,

CAMERON HULL,
also known as "Killa," and "Cam,"

defendant herein, knowingly transported BH, an individual who had not attained the age of 18 years, in interstate commerce, from the State of Illinois to the State of Indiana, with the intent that BH engage in prostitution;

In violation of Title 18, United States Code, Section 2423(a).

## **COUNT TWO**

The SPECIAL AUGUST 2012 GRAND JURY further charges:

In or about November 2011, in the Northern District of Illinois, Eastern Division, and elsewhere,

**CAMERON HULL,**
also known as "Killa," and "Cam,"

defendant herein, knowingly transported BH, an individual who had not attained the age of 18 years, in interstate commerce, from the State of Indiana to the State of Illinois, with the intent that BH engage in prostitution;

In violation of Title 18, United States Code, Section 2423(a).

2

## COUNT THREE

The SPECIAL AUGUST 2012 GRAND JURY further charges:

From in or about November 2011 to in or about December 2011, in the Northern District of Illinois, Eastern Division, and elsewhere,

CAMERON HULL,
also known as "Killa," and "Cam,"

defendant herein, in and affecting interstate commerce, (1) knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely BH, and (2) knowingly benefitted financially and by receiving anything of value from participation in a venture which had engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means BH, knowing and in reckless disregard of the fact that BH had not attained the age of 18 years and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), and (b)(2).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

3